

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-15-00127-CV

IMANI MITCHELL                                                    APPELLANT

V.

MP CLOVER HILL, LLC                                               APPELLEE

----------

FROM COUNTY COURT AT LAW NO. 1 OF TARRANT COUNTY
TRIAL COURT NO. 2015-001347-1

----------

## MEMORANDUM OPINION AND JUDGMENT[1]

----------

On April 17, 2015, the clerk notified appellant that the notice of appeal purportedly filed on her behalf by Raven Carter must be signed by appellant personally and instructed her to file an amended notice of appeal by April 27, 2015. *See* Tex. R. App. P. 25.1(c). As of the date of this opinion, appellant has not responded. Because appellant has failed to comply with the notice from the

---

[1]*See* Tex. R. App. P. 47.4.

clerk requiring a response or other action within a specified time, we dismiss her appeal.  *See* Tex. R. App. P. 42.3(c), 43.2(f).

Appellant shall pay all costs of this appeal, for which let execution issue. *See* Tex. R. App. P. 43.4.

PER CURIAM

PANEL:  GARDNER, WALKER, and MEIER, JJ.

DELIVERED:  June 4, 2015